# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

GEORGE RETES, JR.,

      Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

      Defendants.

No. 2:26-cv-01761-JAK (AYPx)

**ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT (DKT. 28)**

1

Based on a review of the Stipulation to Extend Time to Respond to First Amended Complaint ("Stipulation" (Dkt. 28)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:

Defendant United States of America shall have to and including July 13, 2026, to file any responsive pleading to the First Amended Complaint (Dkt. 27).

**IT IS SO ORDERED.**

Dated:  June 16, 2026

_____

John A. Kronstadt

United States District Judge

2