**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEORGE RETES, JR.,<br><br>     Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>     Defendants. | No. 2:26-cv-01761-JAK (AYPx)<br><br>**ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT (DKT. 30)** |

1

Based on a review of the Stipulation to Extend Time to Respond to First Amended Complaint ("Stipulation" (Dkt. 30)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:

Defendant United States of America shall have to and including September 10, 2026, to file any responsive pleading to the First Amended Complaint (Dkt. 27). Because this is the second request for an extension of time for such a responsive pleading, if a third request is made, it shall be supported by a showing of changed circumstances that could not reasonable have been anticipated at this time.

**IT IS SO ORDERED.**

Dated:  July 8, 2026

_____
John A. Kronstadt
United States District Judge

2