**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

GEORGE RETES, JR.,

Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

Defendants.

No. 2:26-cv-01761-JAK (AYPx)

**ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT (DKT. 33)**

Based on a review of the Stipulation to Extend Time to Respond to First Amended Complaint ("Stipulation" (Dkt. 33)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:

1. On or before October 1, 2026, Plaintiff shall notify Defendant whether he intends to file a Second Amended Complaint. If by that deadline Plaintiff states that he intends to file a Second Amended Complaint, he shall file it on or before October 14, 2026. Defendant shall then have 30 days after the service of the Second Amended Complaint to file an answer or other response.
2. If by the October 1, 2026 deadline, Plaintiff notifies Defendant that he does not intend to file a Second Amended Complaint, on or before October 14, 2026, Defendant shall file its answer or other response to the First Amended Complaint (Dkt. 27).

**IT IS SO ORDERED.**

Dated: September 9, 2026

John A. Kronstadt
United States District Judge