TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Acting Chief, Civil Division
ALARICE M. MEDRANO
Assistant United States Attorney
Acting Chief, Complex and Defensive Litigation Section
CHRISTINA MARQUEZ (Cal. Bar No. 305301)
ALEXANDER L. FARRELL (Cal. Bar No. 335008)
Assistant United States Attorneys
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-2467 / -5557
E-mail: Christina.Marquez@usdoj.gov
Alexander.Farrell@usdoj.gov

Attorneys for Defendant
United States of America

(*Plaintiff's counsel listed on next page*)

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

GEORGE RETES, JR.,

Plaintiff,

v.

UNITED STATES OF AMERICA, *et al.*,

Defendants.

No. 2:26-cv-01761-JAK-AYP

**STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR LEAVE TO ENGAGE IN EARLY LIMITED DISCOVERY [DKT. 37]**

*[Proposed] order filed concurrently herewith*

Current Hearing Information:
Date: October 21, 2026
Time: 11:00 a.m.
Ctrm: 750

Proposed Hearing Information:
Date: November 4, 2026
Time: 11:00 a.m.

Honorable Anna Y. Park
United States Magistrate Judge

ANNA M. BARVIR (Cal. Bar No. 268728)
E-mail: ABarvir@michellawyers.com
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, California 90802
Telephone: (562) 216-4444

MARIE MILLER (*pro hac vice*)
E-mail: mmiller@ij.org
PATRICK JAICOMO (*pro hac vice*)
E-mail: pjaicomo@ij.org
INSTITUTE FOR JUSTICE
3200 N. Central Ave., Suite 2160
Phoenix, Arizona 85012
Telephone: (480) 557-8300

901 N. Glebe Road, Suite 900
Arlington, Virginia 22203
Telephone: (703) 682-9320

Attorneys for Plaintiff George Retes, Jr.

**STIPULATION**

IT IS HEREBY STIPULATED by and between Plaintiff George Retes, Jr. and Defendant United States of America (collectively with the Plaintiff, the "Appearing Parties"), through their respective counsel, that the hearing on Plaintiff's Motion for Leave to Engage in Early Limited Discovery (Dkt. 37), be continued for two weeks, from October 21, 2026, to November 4, 2026, or to the next available date thereafter, as well as continuing all responsive briefing deadlines by two weeks and pursuant to C.D. Cal. Local Rules 7-9 and 7-10. The reason for this Stipulation is to allow the counsel for the United States to confer with participating client agencies and to further discussions on resolving the discovery request without court intervention. This is further explained in the attached Declaration of Alexander L. Farrell. Farrell Decl. ¶¶ 2-5. This is the first request for a continuance of this motion. Farrell Decl. ¶ 6.

WHEREFORE, the parties respectfully submit this Stipulation to the Court for its approval. A Proposed Order granting this extension is submitted herewith.

Dated: September 29, 2026

Respectfully submitted,

TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Acting Chief, Civil Division
ALARICE M. MEDRANO
Assistant United States Attorney
Acting Chief, Complex and Defensive Litigation Section

*/s/ Alexander L. Farrell*
CHRISTINA MARQUEZ
ALEXANDER L. FARRELL
Assistant United States Attorneys

Attorneys for Defendant United States of America

Dated: September 29, 2026

Respectfully submitted,

INSTITUTE FOR JUSTICE

*/s/ Marie Miller*
MARIE MILLER (*pro hac vice*)
PATRICK JAICOMO (*pro hac vice*)

MICHEL & ASSOCIATES, P.C.

ANNA M. BARVIR

Attorneys for Plaintiff George Retes, Jr.

* Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

**DECLARATION OF ALEXANDER L. FARRELL**

I, Alexander L. Farrell, do hereby declare and state as follows:

1. I am one of the Assistant United States Attorneys responsible for representing the Defendant United States of America in this action. I make this declaration based upon my personal knowledge. If called as a witness and placed under oath, I could and would testify competently thereto.

2. On September 24, 2026, I, alongside my co-counsel Assistant United States Attorney Christina Marquez, met and conferred with Plaintiff's counsels Ms. Marie Miller. We discussed Plaintiff's motion and the proposed interrogatories that they seek to request. Dkt. 37; Dkt. 37-7. We agreed regarding the continuance of the hearing on the Plaintiff's motion as well as the applicable deadlines to file an opposition and reply brief pursuant to C.D. Cal. Local Rules 7-9 and 7-10.

3. There is good cause for a two-week continuance of the hearing on the motion and briefing deadlines because an additional two weeks will allow Ms. Marquez and I time to discuss with numerous federal agency contacts whether there is a way to resolve this discovery request without motion practice.

4. I provided this Stipulation to Plaintiff's counsel for their approval, via email, on September 29, 2026. Plaintiff's counsel approved of the Stipulation on the same day.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 29, 2026, at Los Angeles, California

/s/ *Alexander L. Farrell*
ALEXANDER L. FARRELL
Assistant United States Attorney