UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE RETES, JR.,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA, *et al.*,<br>Defendants. | No. 2:26-cv-01761-JAK-AYP<br><br>**~~[PROPOSED]~~ ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR LEAVE TO ENGAGE IN EARLY LIMITED DISCOVERY [DKT. 37]**<br><br>Honorable Anna Y. Park<br>United States Magistrate Judge |

The Court having reviewed the Stipulation between Plaintiff George Retes, Jr. and Defendant United States of America, the Declaration of Alexander L. Farrell, and for good cause appearing,

IT IS HEREBY ORDERED that:

Plaintiff's Motion for Leave to Engage in Early Limited Discovery (Dkt. 37), is continued October 21, 2026, at 11:00 a.m., to November 4, 2026 at 11:00 a.m. . All Opposition and Reply Brief deadlines will be filed in accordance with C.D. Cal. Local Rules 7-9 and 7-10.

Date: September 30, 2026

HONORABLE ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE