Anna M. Barvir (Bar No. 268728)
ABarvir@michellawyers.com
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Ste. 200
Long Beach, CA 90802
562-216-4444

*Local Counsel for Plaintiff*

Marie Miller* (IN Bar No. 34591-53)
mmiller@ij.org
INSTITUTE FOR JUSTICE
3200 N. Central Ave., Ste. 2160
Phoenix, AZ 85012
480-557-8300

Patrick Jaicomo* (MI Bar No. P-75705)
pjaicomo@ij.org
INSTITUTE FOR JUSTICE
901 N. Glebe Rd., Ste. 900
Arlington, VA 22203
703-682-9320

* Admitted pro hac vice

*Counsel for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

George Retes, Jr.,

*Plaintiff*,

v.

United States of America; and DOES 1 through 10, Unknown Officers of the Federal Bureau of Prisons, United States Immigration and Customs Enforcement, the United States Navy, the Federal Bureau of Investigation, and United States Customs and Border Protection,

*Defendants*.

Case No.: 2:26-cv-01761-JAK-AYP

**PLAINTIFF'S NOTICE OF WITHDRAWAL (WITHOUT PREJUDICE) OF MOTION FOR LEAVE TO ENGAGE IN EARLY LIMITED DISCOVERY OR, ALTERNATIVELY, FOR AN ORDER REQUIRING EARLY RULE 26(f) CONFERENCE**

Honorable Anna Y. Park
United States Magistrate Judge

Plaintiff George Retes, Jr. hereby withdraws, without prejudice to refile, Plaintiff's Motion for Leave to Engage in Early Limited Discovery or, Alternatively, for an Order Requiring Early Rule 26(f) Conference, ECF 37.

That motion was scheduled for a hearing Nov. 4, 2026 at 11:00 a.m. before Magistrate Judge Anna Y. Park. *See* ECF 39. The reason for the withdrawal is that the United States has indicated it may voluntarily provide the information Plaintiff seeks, without the need for this Court to resolve Plaintiff's motion. The parties conferred yesterday and are working toward a resolution. Accordingly, Plaintiff withdraws the Motion without prejudice and expressly reserves the right to refile the Motion should the parties not reach a swift resolution.

Respectfully submitted this 14th day of October, 2026.

/s/ Marie Miller
Marie Miller* (IN Bar No. 34591-53)
mmiller@ij.org
INSTITUTE FOR JUSTICE
3200 N. Central Ave., Ste. 2160
Phoenix, AZ 85012
480-557-8300

Patrick Jaicomo* (MI Bar No. P-75705)
pjaicomo@ij.org
INSTITUTE FOR JUSTICE
901 N. Glebe Rd., Ste. 900
Arlington, VA 22203
703-682-9320

* Admitted pro hac vice

*Counsel for Plaintiff*

/s/ Anna Barvir
Anna M. Barvir (Bar No. 268728)
ABarvir@michellawyers.com
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Ste. 200
Long Beach, CA 90802
562-216-4444

*Local Counsel for Plaintiff*